# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0150

VERSUS

TORONZO THOMPKINS                                     **APRIL 22, 2022**

---

In Re:    Toronzo Thompkins, applying for supervisory writs,
          17th Judicial District Court, Parish of Lafourche,
          Nos. 449,710, 525,147, 530,210.

---

BEFORE:    **WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.**  The district court is ordered to act on relator's "Motion to Correct an Illegal" [Sentence], filed December 13, 2018, on or before May 25, 2022, if it has not already done so.  A copy of the trial court's action shall be filed in this court on or before June 1, 2022.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT